UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DWAYNE A WILSON,

                        Plaintiff,

            v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

No.  4:16-CV-05093-EFS

**ORDER GRANTING PARTIES'
STIPULATED MOTION FOR REMAND**

**JUDGMENT: REVERSED AND REMANDED**

Before the Court, without oral argument, is the parties'
Stipulated Motion for Remand, ECF No. 12.  The parties are asking the
Court to remand the case pursuant to 42 U.S.C. § 405(g).  That
section states in relevant part: "The court shall have power to
enter, upon the pleadings and transcript of the record, a judgment
affirming, modifying, or reversing the decision of the Commissioner
of Social Security, with or without remanding the cause for a
rehearing." 42 U.S.C. § 405(g).  The parties seek remand for further
administrative proceedings, including, but not limited to, the
following actions:

(1)  "[T]he administrative law judge (the ALJ) will further
        consider the medical source opinions of Wil Nelp, M.D. (Tr.
        47-58), Melvin Wahl, M.D., and Nurse Practitioner Desiree Ang
        (Tr.  622-625), William Backlund, M.D. (Tr.  105-107),

1    Guillermo Rubio, M.D. (Tr. 134-137), David Martinez, M.D.

2    (Tr. 462-465, 468-469, 514-515, 516-518), and William

3    Drenguis, M.D. (Tr. 426-430)."

4    (2)   "[T]he ALJ will reassess Plaintiff's subjective complaints;

5          the ALJ will consider reconsider Lisa Schmidt's statement

6          (Tr. 305-312)."

7    (3)   "[T]he ALJ will reevaluate Plaintiff's residual functional

8          capacity; and, if warranted, the ALJ will obtain vocational

9          expert evidence."

10   ECF No. 12.   The Court finds good cause to grant the parties'

11   stipulated motion.

12        Accordingly, **IT IS HEREBY ORDERED:**

13   **1.**   The parties' Stipulated Motion for Remand, **ECF No. 12**, is

14        **GRANTED.**

15   **2.**   Pursuant to 42 U.S.C. § 405(g), this case is **REVERSED** and

16        **REMANDED** to the Social Security Administration for further

17        proceedings consistent with the parties' stipulation.

18   **3.**   All pending motions are **DENIED AS MOOT.**

19   **4.**   All hearings and other deadlines are **STRICKEN.**

20   **5.**   **JUDGMENT** is to be entered in the Plaintiff's favor.

21   **6.**   An application for attorney fees may be filed by separate

22        motion.

23   **7.**   The case shall be **CLOSED.**

24   ///

25   //

26   /

ORDER DISMISSING CASE - 2

**IT IS SO ORDERED.**   The Clerk's Office is directed to enter this Judgment Order and provide copies to all counsel and to the Social Security Administration.

**DATED** this  20th   day of March 2017.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge