# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Dwayne A. Wilson

   *Plaintiff*

v.

Commissioner of Social Security

   *Defendant*

Civil Action No. 4:16-cv-05093-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Pursuant to 42 U.S.C. 405(g), this case is REVERSED and REMANDED to the Social Security Administration for further proceedings consistent with the parties' stipulation. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Shea   on a Stipulated Motion to Remand.

Date: March 20, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy